# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAIN STREET AMERICA ASSURANCE COMPANY and NGM INSURANCE COMPANY, <br>  Plaintiffs <br><br> v. <br><br> ADVANCED PLASTERING, INC. <br>  Defendant | NO. 2:22-cv-03805-TJS |

**ORDER**

**AND NOW**, this _____ day of _____, 2022, upon consideration of the defendant's Motion to Dismiss the Plaintiffs' Complaint, and any response thereto, it is hereby ORDERED that said Motion is GRANTED and Plaintiffs' Complaint is dismissed.

BY THE COURT:

By: _____
TIMOTHY J. SAVAGE, J.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAIN STREET AMERICA ASSURANCE COMPANY and<br>NGM INSURANCE COMPANY,<br>   Plaintiffs<br><br>v.<br><br>ADVANCED PLASTERING, INC.<br>   Defendant | NO. 2:22-cv-03805-TJS |

**ADVANCED PLASTERING, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO F.R.C.P 12(b)(6) FOR FAILURE TO STATE A CLAIM OR IN THE ALTERNATIVE TO FOR THE COURT TO DECLINE JURISDICTION AND/OR STAY THE CASE PURSUANT TO F.R.C.P. 12(b)(1)**

Defendant, Advanced Plastering, Inc., by and through its undersigned attorneys, hereby move this Honorable Court to dismiss Plaintiffs' Complaint pursuant to F.R.C.P. 12(B)(6) for failure to state a claim or in the alternative for the court to decline jurisdiction and/or stay the case Pursuant to F.R.C.P. 12(b)(1), as more fully set forth in their accompanying Memorandum of Law incorporated herein.

|  |  |
|---|---|
|  | Respectfully submitted,<br>**The Granger Firm** |
| Date: November 7, 2022 | /s/ *Blair H. Granger*<br>Blair H. Granger, Esquire<br>Attorney I.D. #56025<br>David J. Scaggs, Esquire<br>Attorney I.D. # 82117<br>1800 E. Lancaster Avenue, Suite K<br>Paoli, PA 19301<br>610-640-7500<br>blair.granger@thegrangerfirm.com<br>david.scaggs@thegrangerfirm.com |

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAIN STREET AMERICA ASSURANCE COMPANY and<br>NGM INSURANCE COMPANY,<br>    Plaintiffs<br><br>v.<br><br>ADVANCED PLASTERING, INC.<br>    Defendant | NO. 2:22-cv-03805-TJS |

## CERTIFICATE OF SERVICE

I, Blair H. Granger, Esquire, hereby certify that on this date, a copy of Defendants' Motion to Dismiss, Proposed Order and supporting Memorandum of Law was served upon the parties through the Court's electronic case filing system as follows:

| | |
|---|---|
| Gerald D. Wixted (Bar No. 54545)<br>Dilworth Paxson, LLP<br>2 Research Way<br>Princeton, New Jersey 08540<br>gwisted@dilworthlaw.com<br>*Attorneys for Plaintiff* | Susan M. Hogan pro hac vice<br>Joseph Dudek pro hac vice<br>Kramon & Graham, P.A.<br>One South Street, Suite 2600<br>Baltimore, Maryland 21202-3201<br>shogan@kg-law.com<br>jdudek@kg-law.com<br>*Attorneys for Plaintiff* |

**THE GRANGER FIRM**

Date: November 7, 2022

/s/ *Blair H. Granger*
Blair H. Granger, Esquire
Attorney I.D. #56025
David J. Scaggs, Esquire
Attorney I.D. # 82117
1800 E. Lancaster Avenue, Suite K
Paoli, PA 19301
610-640-7500
blair.granger@thegrangerfirm.com
david.scaggs@thegrangerfirm.com