IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAIN STREET AMERICA ASSURANCE COMPANY, NGM INSURANCE COMPANY | : : : : | CIVIL ACTION |
| v. | : : | NO. 22-3805 |
| ADVANCED PLASTERING, INC. | : | |

# ORDER

AND NOW, this 11th day of July 2023, upon considering plaintiffs' motion for judgment on the pleadings (DI 23) and associated briefing (DI 26, 27), it is hereby **ORDERED** under Federal Rule of Civil Procedure 12(c) that plaintiffs' motion (DI 23) is **GRANTED**. We enter **JUDGMENT** in favor of plaintiffs in accordance with Federal Rule of Civil Procedure 58 and **DECLARE** the following:

1. Neither Main Street American Assurance Company nor NGM Insurance Company (together, "Main Street") is obligated to defend or indemnify Advanced Plastering, Inc. in connection with the matter *Haverford Reserve Community Association v. Haverford Reserve, LP*, No. 2016-11177 (Pa Ct. Common Pleas Delaware Cnty.).

2. Main Street may withdraw its defense of Advanced Plastering, Inc.

3. The Clerk of Court shall **CLOSE** this case.

MURPHY, J.